**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

KENNETH R. HUTCHINSON, :
:
Plaintiff, :
:
v. : CASE NO.: 7:25-CV-179 (LAG)
:
STATE FARM FIRE AND :
CASUALTY COMPANY, :
:
Defendant. :
______________________________________:

**ORDER**

Before the Court is the Parties' Joint Notice of Settlement. (Doc. 14). Therein, the Parties represent that they "have reached a settlement of the above-captioned matter." (*Id.* at 1). The Parties request a stay while the Parties "finalize the Settlement and procure the necessary signatures including an anticipated consent stipulation of dismissal with prejudice." (*Id.* at 1). Accordingly, the court **DIRECTS** the Clerk of Court to administratively close this case. The Parties are **ORDERED** to file a stipulation of dismissal or move to reopen this case within **sixty (60) days**.

**SO ORDERED**, this 20th day of November, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**